1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                        **DISTRICT OF NEVADA**

6

7   DAVID WILLIAM LINDER,                    )
                                             )
8              Plaintiff,                     )        2:06-cv-00754-PMP-LRL
                                             )
9   vs.                                      )
                                             )        **ORDER**
10  LAS VEGAS METROPOLITAN                   )
    POLICE DEPARTMENT, *et al*.,             )
11                                           )
               Defendants.                   )
12

13          Plaintiff David Linder, has filed a document entitled Motion for Expungement of Lis

14  Pendens From All Databases Justice Ct. Nev Case #99F05959X" (docket #22) which indicates his desire

15  to have his criminal record expunged.  This matter is a civil rights complaint brought by Linder against

16  the officers who arrested him in the same criminal transaction.  The complaint has been dismissed and

17  the Ninth Circuit Court of Appeals has denied relief.  The case has been closed.

18          After a review of the newest submission the court determines that the motion is not

19  related to this civil action.  Thus the motion shall be stricken from this action and the clerk shall be

20  directed to open a new and separate action to address the issues presented in Linder's motion.

21          **IT IS THEREFORE ORDERED** that the "Motion to Expunge Lis Pendens from

22  All Databases" (docket #22) shall be stricken from the record in this matter.

23          **IT IS FURTHER ORDERED** that the Clerk shall file the motion in a new and

24  separate action and shall advise the plaintiff of any filing fee which is due.

25  / / /

26  / / /

1        **IT IS FURTHER ORDERED** that failure of plaintiff to pay the required filing fee

2 will result in the new matter being dismissed.

3

4 DATED:  July 19, 2010.

5

6 _____

7 PHILIP M. PRO
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26